PRESLEY D. STOUT, KATHERINE HART HEDDEN, ALBERT BERKES AND ANNA BERKES, HIS WIFE, CHARLES R. VINCENT, JR., AND ADELE C. VINCENT, HIS WIFE, PROSECUTORS, v. JOSEPH VALENTINE, BUILDING INSPECTOR OF THE TOWNSHIP OF LIVINGSTON, HERBERT J. MITSCHELE AND MARY A. MITSCHELE, HIS WIFE, THE TOWNSHIP OF LIVINGSTON, A MUNICIPAL CORPORATION, AND THE BOARD OF ADJUSTMENT OF THE TOWNSHIP OF LIVINGSTON, RESPONDENTS.

Argued January 22, 1947—Decided April 11, 1947.

Before Justices BODINE and WACHENFELD.

For the prosecutors, *Grosso & Grosso* and *Robert E. Beck.*

For the respondents Herbert J. Mitschele and Mary A. Mitschele, *Alexander Waugh.*

For the Township of Livingston, *Edward Gaulkin.*

BODINE, J. This case brings before us the action of the building inspector in issuing to the respondents permits to build two horse barns on the premises referred to in No. 246, January term, 1947, *Stout* v. *Mitschele* (*ante p.* 406).

The general principles of law applied in that case are controlling here, and the writ will be dismissed, with costs.